UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Charles Stevens</u>

        v.                      Case No. 07-cv-277-PB

<u>NH Governor, et al.</u>


<u>O R D E R</u>

After due consideration of the objection filed, I approve the Report and Recommendation of Magistrate Judge Muirhead dated November 14, 2007, except to the extent that it recommends dismissal of the claims against CMC. 28 U.S.C. 1367 provides for pendent party jurisdiction in federal question cases. Exxon Mobile Corp. v. Allapattah Services, Inc., 545 U.S. 546, 558 (2005). It thus appears that the court has subject matter jurisdiction over plaintiff's state law claims against CMC pursuant to section 1367.

     SO ORDERED.


December 3, 2007                              <s>/s/ Paul Barbadoro</s>
                                                    Paul Barbadoro
                                                    United States District Judge


cc:    Charles Stevens, Pro Se.
        NH Attorney General