UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Charles Stevens

          v.                           Civil No. 07-cv-277-JL

NH Dept. of Corrections, Commissioner et al.

O R D E R

In compliance with Judge Barbadoro's Order dated December 3, 2007, the Clerk's Office sent, via Certified Mail, Return Receipt Requested, the Complaint and related documents to defendant CMC. To date the court has not received any Return of Service from CMC. Upon further investigation, the US Postal Service was unable to track the certified receipt.

Accordingly, the Clerk's Office shall again attempt service on defendant Catholic Medical Center via Certified Mail, Return Receipt Requested. Upon service, defendant Catholic Medical Center shall answer the complaint within 20 days.

SO ORDERED.

January 25, 2008                                             /s/ Justo Arenas
                                                                Justo Arenas
                                                                United States Magistrate Judge

cc:     Deborah B. Weissbard, Esq
         Charles Stevens, Pro se